UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

        v.                            Criminal No. 09-cr-82-01-JL

Robert Glinz

O R D E R

      The assented to motion to reschedule jury trial (document no. 8) filed by defendant is granted.

      Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

      SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Date: May 18, 2009

cc: Jonathan R. Saxe, AFD
    Mark A. Iris, AUSA
    U.S. Marshal
    U.S. Probation