```
           UNITED STATES DISTRICT COURT FOR THE
                 DISTRICT OF NEW HAMPSHIRE
```

United States of America

      v.                            Criminal No. 09-cr-082-01-JL

Robert Glinz

O R D E R

The assented to motion to reschedule jury trial (document no. 14) filed by defendant is granted. Additional continuances are unlikely, and will not be granted without a hearing.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                              _____
                                              Joseph N. Laplante
                                              United States District Judge

Date:  July 21, 2009

cc: Jonathan R. Saxe
    Mark A. Irish
    U.S. Marshal
    U.S. Probation